# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **FEIHONG LONG,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **MARY DE ANDA-YBARRA, FIELD** | § | |
| **OFFICE DIRECTOR,** | § | |
| **ENFORCEMENT AND REMOVAL** | § | |
| **OPERATIONS, EL PASO FIELD** | § | |
| **OFFICE, U.S. IMMIGRATION AND** | § | **No.  3:26-CV-01537-LS** |
| **CUSTOMS ENFORCEMENT;** | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA; TODD M. LYONS,** | § | |
| **ACTING DIRECTOR, U.S.** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; MARKWAYNE** | § | |
| **MULLIN, THE SECRETARY OF** | § | |
| **HOMELAND SECURITY; AND TODD** | § | |
| **BLANCHE, THE ACTING** | § | |
| **ATTORNEY GENERAL OF THE** | § | |
| **UNITED STATES RESPONDENTS,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 21, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 4.